IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CRISTYN JEANETTE SMITH,

     Petitioner,

v.                                         No. 1:25-cv-339 KG/KBM

STATE OF NEW MEXICO,

     Respondent.

FINAL JUDGMENT

     Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Order and Opinions filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

     IT IS ORDERED, ADJUDGED, AND DECREED that

1. This civil action is remanded to the Second Judicial District Court, Bernalillo County, New Mexico; and

2. Final judgment is entered.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.